[No. 3937–1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROOSEVELT
KING, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 71584, Lloyd W. Bever, J., entered June 27,
1975. *Dismissed* by unpublished opinion per Andersen, J.,
concurred in by Farris, C.J., and Swanson, J.


[No. 4132–1.   Division One.   July 18, 1977.]

WILLIAM EDWARD LIEBE, *Appellant,* v. JAMES HALL,
ET AL, *Defendants,* GLENDON A. MEECE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 120457, Paul D. Hansen, J.,
entered August 20, 1975. *Affirmed* by unpublished opinion
per Callow, J., concurred in by Swanson and Williams, JJ.


[No. 4211–1.   Division One.   July 18, 1977.]

RALPH W. HUBBARD, JR., *Respondent,* v. VERNON D.
CLAUSING, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 779430, David C. Hunter, J., entered October
16, 1975. *Affirmed* by unpublished per curiam opinion.